# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161907(58)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CARLOS BELL and All Others Similarly
Situated,

  Plaintiffs-Appellees,

v

CIVIL SERVICE COMMISSION and STATE
PERSONNEL DIRECTOR,

  Defendants-Appellants.
_____/

SC: 161907
COA: 347929
Wayne CC: 17-003861-CZ

On order of the Chief Justice, the unopposed motion of defendants-appellants to submit the matter to mediation and stay the briefing deadlines is GRANTED. The mediator shall file a report with this Court within 14 days of the conclusion of the mediation proceedings; and, if the mediation results in a full or partial settlement of the case, the parties shall file a stipulation to dismiss, in full or in part, within 21 days of the filing of the mediator's report.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2020



Clerk